IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LaMORRIS LAMPKIN**  **PLAINTIFF**
**#658354**

v.  Case No. 4:20-cv-00930-LPR-BD

**D. ETHERLY,** *et. al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation for dismissal from Magistrate Judge Beth Deere. No objections have been filed, and the time to do so has now passed. After careful review of the Partial Recommendation and the record, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Lampkin's claims against Defendant Sloan in her individual capacity are DISMISSED without prejudice based on Mr. Lampkin's failure to state a claim for relief. Additionally, Mr. Lampkin's official-capacity claims against both Defendants are DISMISSED without prejudice, and Ms. Sloan is dismissed as a party Defendant. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 21st day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE