IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMORRIS LAMPKIN**  **PLAINTIFF**
**#658354**

V.  NO. 4:20-cv-00930-LPR-ERE

**DELECUS ETHERLY**[1]  **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.  Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Rudofksy can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.  Discussion**

Plaintiff LaMorris Lampkin was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on August 13, 2020. *Doc. 2.*

---

[1] The Clerk is instructed to update the docket sheet to include the full name of Defendant Delecus Etherly.

The Local Rules for the Eastern District of Arkansas require *pro se* plaintiffs to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2). Shortly after this lawsuit was filed, the Court advised Mr. Lampkin of his obligations under Local Rule 5.5(c)(2). *Doc. 5*.

On June 8, 2021, mail sent to Mr. Lampkin from the Court was returned as "undeliverable." *Doc. 29*.

On June 9, 2021, the Court ordered Mr. Lampkin to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 30*. To date, he has not responded to the Court's June 9 Order. Meanwhile, additional items of mail sent to Mr. Lampkin have been returned to the Court as "undeliverable." *Docs. 29, 30*. Thus, the Court has no way to communicate with Mr. Lampkin regarding his lawsuit.

### III.   Conclusion

The Court recommends that Mr. Lampkin's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2) and the Court's June 9 Order; and (2) prosecute this lawsuit. Defendant Etherly's motion for summary judgment *(Doc. 22)* should be DENIED, as moot.[2]

---

[2] If Mr. Lampkin is allowed to proceed on the claims raised in this lawsuit, Defendant Etherly may renew his motion for summary judgment.

DATED this 12th day of July, 2021.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE