IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMORRIS LAMPKIN**                                                              **PLAINTIFF**
**#658354**

**V.**                **Case No: 4:20-cv-00930-LPR-ERE**

**DELECUS ETHERLY,**
**Sergeant**                                                                                     **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has now passed. After a careful and de novo review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED that Mr. Lampkin's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 9, 2021 Order. Defendant Etherly's motion for summary judgment (Doc. 22) is DENIED as moot. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT