IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAMORRIS LAMPKIN**                                                                                      **PLAINTIFF**
**#658354**

V.                              Case No: 4:20-cv-00930-LPR-ERE

**DELECUS ETHERLY,**
**Sergeant**                                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and Order dismissing this case would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT